# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

128818

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MILTON DOUGLAS RICKMAN,
      Defendant-Appellant.

SC: 128818
COA: 259346
Wayne CC: 03-008731-01

_____/

On order of the Court, the application for leave to appeal the April 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the Court of Appeals as on leave granted, for consideration of defendant's claim that he is entitled to withdraw his guilty plea because his plea bargain was illusory. MCR 6.311(C).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk

p1102